**No. 68456.**—Florea & Co., Inc. *v.* United States, protest 63/17851 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gloves similar in use to cotton gloves and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

**No. 68457.**—Dessy Atco, Inc. *v.* United States, protest 313320–K (New York),

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), and the record showing that the merchandise consists of nylon gloves and mittens similar in use to silk gloves and mittens, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 16, 1964

**No. 68458.**—Castelazo & Associates and De Witt Tool Equipment Co., L. A., et al. *v.* United States, protests 61/13463, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of bandsaw blades similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiffs was sustained.